# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:16-cr-29 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| CHRISTOPHER SIMS | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter. (Doc. 17.) Neither party filed a timely objection to the R&R. After reviewing the record, the Court agrees with the magistrate judge's R&R. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which

is scheduled to take place on **October 21, 2016 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**

**SO ORDERED.**

**ENTER:**